PROB 12B
(7/93)

Report Date: November 22, 2010

# United States District Court

for the

**Eastern District of Washington**

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 23 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Kimberly R. Crump            Case Number: 2:08CR00173-005-RHW

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 09/30/2009          Type of Supervision: Probation

Original Offense: Uttering a Counterfeit Security of an Organization, 18 U.S.C. § 513          Date Supervision Commenced: 09/30/2009

Original Sentence: Probation - 36 Months       Date Supervision Expires: 09/29/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22   You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include location monitoring. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence as directed by the supervising officer.

## CAUSE

On November 17, 2010, Ms. Crump submitted to drug testing that resulted in a presumptive positive for cocaine. After being interviewed by her drug counselor and the undersigned officer, she admitted to going out with some friends and making poor choices that led to her using cocaine. Ms. Crump denies using drugs in her residence or in the presence of her children.

The undersigned officer has staffed the recommended modification of supervision with Ms. Crump's mental health counselor. It was determined that placing her on home confinement for the next 30 days would allow her time out for work, and taking care of her children's needs, but prevent her from going out in the evenings with friends, where she admits she makes poor choices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/22/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

11/23/10
Date