PROB 12B
(7/93)

Report Date: February 7, 2011

# United States District Court

## for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 08 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

---

Name of Offender: Kimberly R. Crump    Case Number: 2:08CR00173-005

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/30/2009    Type of Supervision: Probation

Original Offense: Uttering a Counterfeit Security of an Organization, 18 U.S.C. § 513    Date Supervision Commenced: 09/30/2009

Original Sentence: Probation - 36 Months    Date Supervision Expires: 09/29/2012

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23    You shall complete 30 hours of community service work, at the rate of not less than 15 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than April 7, 2011.

### CAUSE

On January 21, 2011, Ms. Crump failed to report for drug testing at Pioneer Counseling. On January 24, 2011, she reported for drug testing and tested positive for cocaine. Ms. Crump admitted to using cocaine with an "old friend." A staffing occurred with the defendant and her counselor at Pioneer Counseling on February 4, 2011. Ms. Crump reported her employment had been reduced to only 8-10 hours per week. It was determined the imposition of community service may assist in adding structure to her weekly schedule. Ms. Crump is amenable to this modification of her supervision. Further, Pioneer Counseling will increase her level of drug treatment through the addition of a weekly group session. Ms. Crump will pursue other employment opportunities; however, she is hopeful her hours will increase through her current employer by March 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/07/2011
_____

s/Matthew L. Thompson
_____

Matthew L. Thompson
U.S. Probation Officer

Prob 12B

Re:  Crump, Kimberly R.
February 7, 2011
Page 2

THE COURT ORDERS

[  ]    No Action
[✓]    The Extension of Supervision as Noted Above
[  ]    The Modification of Conditions as Noted Above
[  ]    Other

Signature of Judicial Officer

2/8/2011

Date