PROB 12C
(7/93)

Report Date: June 15, 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

JUN 15 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kimberly R. Crump            Case Number: 2:08CR00173-005

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/30/2009

Original Offense:      Uttering a Counterfeit Security of an Organization, 18 U.S.C. § 513

Original Sentence:     Probation - 36 Months          Type of Supervision: Probation

Asst. U.S. Attorney:   Timothy J. Ohms                Date Supervision Commenced: 9/30/2009

Defense Attorney:      Federal Defenders              Date Supervision Expires: 9/29/2012

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #20**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

   **Supporting Evidence**: On June 13, 2011, the offender was unsuccessfully discharged from Pioneer Human Services (PHS) in Spokane, Washington. This decision was based on the offender's continued use of illicit and licit mood altering substances and minimal participation in treatment. The PHS chemical dependency therapist further relayed that Ms. Crump is not amenable to treatment at this time.

2 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

3 | **Special Condition #21**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Crump, Kimberly R.
June 15, 2011
Page 2

**Supporting Evidence**: On June 10, 2011, the U.S. Probation Office was notified that the offender's urine sample that she submitted to PHS staff on May 27, 2011, was confirmed positive for Synthetic Cannabinoids (K2/Spice).

This officer was notified by PHS staff that Kimberly Crump submitted a urine specimen which revealed presumptive positive findings for marijuana on June 10, 2011. Laboratory results are pending on this urine sample.

On June 14, 2011, this officer met with Ms. Crump in the probation office. She informed this officer that she has been purchasing Zannie's "Zombie Matter" and ingesting this item for the past year, at a rate of 3 times per week. She further relayed that she has not used marijuana for over 1 year. However, Kimberly Crump commented that "Zombie Matter" has made her sick, and she quit ingesting this on June 8, 2011. Ms. Crump denies using K2/Spice or marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/15/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/15/2011
Date